UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| MARK FULTZ, <br><br> Plaintiff, <br><br> v. <br><br> BAMOZA, LLC, <br><br> Defendant. | ) Civil Action No. 2:18-cv-01229-DCN <br> ) <br> ) <br> ) <br> ) **STIPULATION OF DISMISSAL** <br> ) **WITH PREJUDICE** <br> ) <br> ) <br> ) <br> ) |

Plaintiff Mark Fultz and Defendant Bamoza, LLC (hereinafter, the "Parties"), by and through their respective counsel, mutually agree and stipulate to a voluntary dismissal, *with prejudice*, of all claims that were or could have been asserted in this action.

IT IS HEREBY AGREED AND STIPULATED that this action between the Parties be dismissed in its entirety and *with prejudice* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED this 2nd day of December, 2019.

WE SO STIPULATE:

*s/ Anthony J. Brady*
Anthony J. Brady, Jr. (Fed Id #7264)
1670-0 Springdale Drive
PMB 159
Camden, SC  29020
Telephone:  (843) 579-7038
Fax:  (561) 603-8387
Email: ladbrady@gmail.com

*Attorney for Plaintiff*

*s/ Lesley A. Firestone*
E. Brandon Gaskins (Fed Id #9507)
Lesley A. Firestone (Fed Id # 11719)
Moore & Van Allen PLLC
78 Wentworth Street
Charleston, SC  29401
Telephone:  (843) 579-7038
Fax:  (843) 579-8714
Email: brandongaskins@mvalaw.com
          lesleyfirestone@mvalaw.com

*Attorneys for Defendant*